Meglio Petition.

Argued May 3, 1973.   Before JONES, C. J., EAGEN,
O'BRIEN, ROBERTS, POMEROY and MANDERINO, JJ.

*Anthony Meglio,* appellant, in propria persona.

*Franchot A. S. Golub,* for appellee.

OPINION PER CURIAM, May 4, 1973:
Order affirmed.
Mr. Justice NIX took no part in the consideration
or decision of this case.